UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cassandra E. Grant,

    Plaintiff,

v.

Clarice Stovall, et al.,

    Defendants.
    _____/

Case No. 11-14895

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 11, 2013 REPORT AND RECOMMENDATION AND GRANTING IN PART DEFENDANTS' MOTION TO DISMISS [62, 51]

This matter came before the Court on the magistrate judge's March 11, 2013 report and recommendation. (Dkt. 62.) The magistrate judge recommended granting in part Defendants' motion to dismiss and dismissing Counts II and IV of Plaintiff's complaint without prejudice.

Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court hereby GRANTS IN PART Defendants' motion to dismiss and dismisses Counts II and IV of Plaintiff's claims without prejudice.

So ordered.

                    s/Nancy G. Edmunds
                    Nancy G. Edmunds
                    United States District Judge

Dated: April 8, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 8, 2013, by electronic and/or ordinary mail.

                    s/Carol A. Hemeyer
                    Case Manager